November 17, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

DAVID E. JOHNSON, Appellant

NO. 14-15-00197-CV                              V.

NATIONAL INDEMNITY COMPANY, Appellee

_____

This Court today heard a motion for rehearing filed by appellee, National Indemnity Company. We order that the motion be granted and that this Court's former judgment of June 14, 2016 be vacated, set aside, and annulled. We further order this Court's opinion of June 14, 2016 withdrawn.

Today the Court heard its own motion to dismiss the appeal from the order of dismissal with prejudice signed by the court below on June 15, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, David E. Johnson.

We further order this decision certified below for observance.